# In the United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-14812

_____

SA PALM BEACH, LLC,
on behalf of itself and all others similarly situated,

                                                        Plaintiff-Appellant,

*versus*

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,
UNDERWRITERS AT LLOYDSLONDON KNOWN AS
SYNDICATES CNP 4444, AFB 2623, AFB 623,
BRT, 2987, BRT 2988, NEO 2468, SAM 727,
AXS1686, XIS H4202, QBE 1886, DUW 1729,
WBC 5886, CHN 2015, HDU 382, MSP 318, AGR,

                                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-cv-80677-UU

_____

_____

No. 21-10190

_____

EMERALD COAST RESTAURANTS, INC.,

Plaintiff-Appellant,

*versus*

ASPEN SPECIALTY INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:20-cv-05898-TKW-HTC

_____

20-14812 Opinion of the Court 3

_____

No. 21-10490

_____

R.T.G. FURNITURE CORP.,

                                                         Plaintiff-Appellant,

*versus*

ASPEN SPECIALTY INSURANCE COMPANY,
CRUM & FORSTER SPECIALTY INSURANCE COMPANY,
EVANSTON INSURANCE COMPANY,
EVEREST INDEMNITY INSURANCE COMPANY,
HALLMARK SPECIALTY INSURANCE COMPANY, et al.,

                                                         Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cv-02323-JSM-AEP

_____

_____

No. 21-10672

_____

ROCOCO STEAK, LLC,
d.b.a. Rococo Steak,

                                             Plaintiff-Appellant,

versus

ASPEN SPECIALTY INSURANCE COMPANY,

                                             Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cv-02481-VMC-SPF

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 5, 2022

For the Court: DAVID J. SMITH, Clerk of Court